1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   SOURAPHA CHANHKHIAO

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )   NO. CR.S-11-078-GEB
                                      )
11              Plaintiff,            )
                                      )   **STIPULATION AND [PROPOSED]**
12      v.                            )   **ORDER; CONTINUING STATUS**
                                      )   **CONFERENCE AND EXCLUDING**
13 SOURAPHA CHANHKHIAO,               )   **TIME**
                                      )
14              Defendant.            )   Date:  August 26, 2011
                                      )   Time:  9:00 a.m.
15 _____  )   Judge: Hon. Garland E. Burrell, Jr.

16

17      IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and

19 COURTNEY FEIN, attorney for SOURAPHA CHANHKHIAO, that the status conference

20 hearing date of July 8, 2011 be vacated, and the matter be set for status conference on August

21 26, 2011 at 9:00 a.m.

22      The reason for this continuance is to allow defense counsel additional time to review

23 the discovery, consult with her client, examine possible defenses, and continue investigating

24 the facts of the case.  Based upon the foregoing, the parties agree that the time under the

25 Speedy Trial Act should be excluded from the date of signing of this order through and

26 including August 26, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time

27 to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

28

DATED:  July 7, 2011.                          Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Public Defender

                                               /s/ Courtney Fein
                                               COURTNEY FEIN
                                               Assistant Federal Defender
                                               Designated Counsel for Service
                                               Attorney for
                                               SOURAPHA  CHANHKHIAO


DATED:  July 7, 2011.                          BENJAMIN WAGNER
                                               United States Attorney

                                               /s/ Courtney Fein for
                                               JASON HITT
                                               First Assistant U.S. Attorney
                                               Attorney for Plaintiff

## ORDER

        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

July 8, 2011,  status conference hearing be continued to August 26, 2011, at 9:00 a.m.  Based

on the representation of defense counsel and good cause appearing therefrom, the Court

hereby finds that the failure to grant a continuance in this case would deny defense counsel

reasonable time necessary for effective preparation, taking into account the exercise of due

diligence.  The Court finds that the ends of justice to be served by granting a continuance

outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that

time up to and including the August 26, 2011 status conference shall be excluded from

computation of time within which the trial of this matter must be commenced under the

Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to

allow defense counsel reasonable time to prepare.

Dated:  July 7, 2011

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge