DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
SOURAPHA CHANHKHIAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-078-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| ) | |
| SOURAPHA CHANHKHIAO, ) | Date: September 30, 2011 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for SOURAPHA CHANHKHIAO, that the status conference hearing date of August 26, 2011, be vacated and the matter be set for status conference on September 30, 2011, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 30, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable

/ / /

/ / /

/ / /

time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: August 19, 2011                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender
                                              /s/ Courtney Fein
                                              COURTNEY FEIN
                                              Assistant Federal Defender
                                              Designated Counsel for Service
                                              Attorney for
                                              SOURAPHA  CHANHKHIAO

DATED: August 19, 2011.                   BENJAMIN WAGNER
                                              United States Attorney

                                              /s/ Courtney Fein for
                                              JASON HITT
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 26, 2011, status conference hearing be continued to September 30, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 30, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: August 19, 2011

                                              GARLAND E. BURRELL, JR.
                                              United States District Judge